FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0545

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0545

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES GALEN LANE,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 2, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 26 2024